**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IV SOLUTIONS, INC., | Case No. 2:17-cv-05615-ODW(SK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| EMPIRE HEALTHCHOICE ASSURANCE, INC. et al, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///

**JUDGMENT**

In light of the Court's Amended Order **GRANTING** Defendants' Motion to Dismiss (ECF No. 25), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Defendant shall have **JUDGMENT** in its favor;
2. Plaintiff shall receive nothing; and
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

April 24, 2018

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**